UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
Please Choose Division

MI FAMILIA VOTA, et al.

vs.

GREG ABBOTT, Governor of Texas, et al.

Case No.:   5:20-cv-00830

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __John C. Bonifaz__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Mi Familia Vota, et al.__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Free Speech For People__ with offices at:

   Mailing address: __1320 Centre Street, #405__

   City, State, Zip Code: __Newton, MA  02459__

   Telephone: __(617) 249-3015__    Facsimile: __(512) 628-0142__

2. Since __1993__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Massachusetts__.

   Applicant's bar license number is __562478__.

3. Applicant has been admitted to practice before the following courts:

   Court:                                    Admission date:
   (See attached.)

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Sean Lyons, Lyons & Lyons, P.C.

Mailing address: 237 W. Travis Street, Suite 100

City, State, Zip Code: San Antonio, Texas 78205

Telephone: (201) 225-5251

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of John C. Bonifaz to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

John C. Bonifaz
[printed name of Applicant]

*John C Bonifaz*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 21st day of July, 2020

John C. Bonifaz
[printed name of Applicant]

*John C Bonifaz*
[signature of Applicant]

3.  Applicant has been admitted to practice before the following courts:

| Court | Admission date |
| --- | --- |
| United States Supreme Court | 1996 |
| First Circuit Court of Appeals | 2000 |
| Sixth Circuit Court of Appeals | 1997 |
| Ninth Circuit Court of Appeals | 1997 |
| Tenth Circuit Court of Appeals | 2001 |
| DC Circuit Court of Appeals | 2005 |
| District of Massachusetts | 1995 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

Please Choose Division

MI FAMILIA VOTA, et al.

vs.                                    Case No.: 5:20-cv-00830

GREG ABBOTT, Governor of Texas, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by John C. Bonifaz _____, counsel for Mi Familia Vota, et al. _____, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and John C. Bonifaz _____ may appear on behalf of Mi Familia Vota, et al. _____ in the above case.

IT IS FURTHER ORDERED that John C. Bonifaz _____, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
Please Choose Judge