UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**MI FAMILIA VOTA, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, MICAELA RODRIGUEZ and GUADALUPE TORRES**

*Plaintiffs*

No. SA-20-CV-00830-JKP

**v.**

**GREG ABBOTT, Governor of Texas; RUTH HUGHS, Texas Secretary of State,**

*Defendants*

# ORDER

This matter is before the Court *sua sponte*. The Court hereby withdraws the previous order, ECF NO. 17, setting this matter for in-person conference. A status conference is hereby scheduled for Wednesday, August 19, 2020, at 9:30 AM by video conference. Counsel should be prepared to discuss the current status of pending issues and matters that are the subject of this litigation as well as any matters that might be resolved by general agreement or settlement. In addition, the parties should be prepared to discuss an appropriate expedited litigation schedule. The video status conference will be recorded by a Court Reporter.

All Counsel should contact Magda Muzza, the Courtroom Deputy, at least 48 hours before the conference for video sign-in information. Ms. Muzza can be reached at (210) 244-5021 or Magda_Muzza@txwd.uscourts.gov. The use of speaker phones or any recording of this proceeding is prohibited.

It is so ORDERED.
SIGNED this 28th day of July, 2020.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE