**FILED**

AUG 28 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MI FAMILIA VOTA, TEXAS STATE CONFERENCE OF THE NATIONAL ADVANCEMENT OF COLORED PEOPLE, MICAELA RODRIGUEZ, and GUADALUPE TORRES,<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, Governor of Texas; and RUTH HUGHS, Secretary of State,<br><br>Defendants. | §§§§§§§§§§§§§§§ SA-20-CA-830-JKP |

## MEDIATION ADVISORY

The matter before the Court is the outcome of the Mediation held by the undersigned on August 27, 2020. Pursuant to Local Civil Rule CV-88(i), the District Court is advised that the parties did not settle.

**SIGNED** on August 28, 2020.

2020.08.28
16:15:27
-05'00'

Henry J. Bemporad
United States Magistrate Judge