UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**MI FAMILIA VOTA, TEXAS STATE
CONFERENCE OF THE NATIONAL
ASSOCIATION FOR THE
ADVANCEMENT OF COLORED
PEOPLE, MICAELA RODRIGUEZ and
GUADALUPE TORRES**

*Plaintiffs*

No.  SA-20-CV-00830-JKP

**v.**

**GREG ABBOTT, Governor of Texas;
RUTH HUGHS, Texas Secretary of State,**

*Defendants*

**ORDER**

A status conference is hereby scheduled for **Thursday, October 22, 2020, at 10:30 AM** by Zoom video conference. All counsel shall appear, and representative counsel for Plaintiffs and for Defendants shall be prepared to discuss the current status of this cause and propose an expedited briefing schedule on the Motion for Temporary Restraining Order and Motion for Preliminary Injunction. Representative counsel shall be prepared to discuss the remaining pending issues and matters that are the subject of this litigation on remand following the recent Fifth Circuit opinion.

An **in-person hearing** is hereby scheduled for **Monday, October 26, 2020 at 9:00 AM** on the Motion for Temporary Restraining Order in Courtroom 4, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX. To minimize the number of people in the courtroom, only representative counsel necessary to represent each party may attend. Any other counsel may listen by telephonic conference.

In compliance with the *Ninth Supplemental Order Regarding Court Operations Under the Exigent Circumstances Created by the Covid-19 Pandemic*, dated October 14, 2020, no one will be permitted to enter the courthouse without wearing a mask deemed to be adequate by Court Security. All persons must wear a mask at all times when in the public areas of the courthouse. Anyone entering the Courthouse must present a photo ID and must pass any screening procedures and comply with social-distancing instructions as directed by Court Security. A nurse will be present to conduct an appropriate health screening and will have authority to deny admittance to any person who does not pass the screening protocol. Counsel are advised to arrive early enough to allow for these additional screening procedures.

All Counsel should contact Magda Muzza, the Courtroom Deputy, to receive video sign-in information. Ms. Muzza can be reached at (210) 244-5021 or Magda_Muzza@txwd.uscourts.gov. Both hearings will be recorded by a Court Reporter. Any recording of either proceeding is prohibited.

It is so ORDERED.
SIGNED this 21st day of October, 2020.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE