UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**MI FAMILIA VOTA, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, MICAELA RODRIGUEZ and GUADALUPE TORRES**

*Plaintiffs*

No. SA-20-CV-00830-JKP

**v.**

**GREG ABBOTT, Governor of Texas; RUTH HUGHS, Texas Secretary of State,**

*Defendants*

**ORDER**

This matter came before the Court in a status conference on this day. The Court heard the parties' representations regarding the status of this matter and a potential briefing schedule with regard to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. Also before the Court at the status hearing is Plaintiffs' Motion to Appear Remotely for the hearing on Plaintiffs' motion scheduled on October 26, 2020. *ECF No. 58*. Plaintiffs' Motion to Appear Remotely is GRANTED in part and DENIED in part.

At the status conference, the parties agreed the motion before the Court is a Motion for Preliminary Injunction, and it will hereafter be treated as such. The parties agreed to an expedited briefing schedule on the Motion for Preliminary Injunction as follows: Defendants' brief in Response to the motion shall be filed on or before 12 noon on Saturday, October 24, 2020. Plaintiffs' Reply brief shall be filed on or before 3 p.m. on Sunday, October 25, 2020. The parties agreed to confer on Sunday afternoon to reach agreement on exhibits to be admitted at the hearing. The parties shall email

the agreed exhibits to Magda Muzza, the Courtroom Deputy and shall bring a jump drive with the exhibits to the hearing.

In addition, Plaintiffs shall file an Amended Complaint on or before 12 noon on Saturday, October 24, 2020. The Amended Complaint shall state the single, narrow cause of action remaining, the basis of this cause of action and specific statute challenged and shall specifically state the relief requested.

An **in-person hearing** is scheduled for **Monday, October 26, 2020 at 9:00 AM** on the Motion for Preliminary Injunction in Courtroom 4, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX. Each party will be allotted **one hour** to present evidence, witnesses and argument. Each party will be allowed **two** attorneys to present their case.

In their Motion to Appear Remotely, Plaintiffs request that all counsel appear remotely for this hearing. This motion is GRANTED in part and DENIED in part. Upon their choice to do so, Plaintiffs and all Plaintiffs' counsel and Plaintiffs' witnesses may appear remotely. Defendants' counsel chooses to appear in person and to present evidence and argument in person. Defendants' counsel shall be allowed to appear in person. Defendants shall be allowed **three** attorneys to appear in the courtroom. All counsel for either party who so chooses may attend through the Zoom video conference; however, only the two designated attorneys for each party will be allowed to speak.

In compliance with the *Ninth Supplemental Order Regarding Court Operations Under the Exigent Circumstances Created by the Covid-19 Pandemic*, dated October 14, 2020, no one will be permitted to enter the courthouse without wearing a mask deemed to be adequate by Court Security. All persons must wear a mask at all times when in the public areas of the courthouse and in the courtroom when not speaking. Anyone entering the Courthouse must

present a photo ID and must pass any screening procedures and comply with social-distancing instructions as directed by Court Security. A nurse will be present to conduct an appropriate health screening and will have authority to deny admittance to any person who does not pass the screening protocol. Counsel are advised to arrive early enough to allow for these additional screening procedures.

All Counsel should contact Magda Muzza, the Courtroom Deputy, to receive video sign-in information. Ms. Muzza can be reached at (210) 244-5021 or Magda_Muzza@txwd.uscourts.gov. The hearing will be recorded by a Court Reporter. Any other recording of the proceeding is prohibited.

It is so ORDERED.
SIGNED this 23rd day of October, 2020.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE