IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MI FAMILIA VOTA, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, MICAELA RODRIGUEZ AND GUADALUPE TORRES,<br>　　　　*Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, GOVERNOR OF TEXAS; AND RUTH HUGHS, TEXAS SECRETARY OF STATE,<br>　　　　*Defendants.* | Civil Action No. 5:20-cv-00830 |

**DEFENDANTS' NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), Defendants Greg Abbott, in his official capacity as Governor of Texas, and Ruth Hughs, in her official capacity as the Texas Secretary of State, give this notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Order entered in this action on October 27, 2020. [ECF No. 75].

1

Date: October 27, 2020                                        Respectfully submitted.

KEN PAXTON                                                    /s/ Patrick K. Sweeten
Attorney General of Texas                                     PATRICK K. SWEETEN
                                                              Associate Deputy for Special Litigation

BRENT WEBSTER
First Assistant Attorney General                              TODD LAWRENCE DISHER
                                                              Deputy Chief, Special Litigation Unit

                                                              WILLIAM T. THOMPSON
                                                              Special Counsel

                                                              ERIC A. HUDSON
                                                              Special Counsel

                                                              KATHLEEN T. HUNKER
                                                              Special Counsel

                                                              DYLAN FRENCH
                                                              Assistant Attorney General

                                                              JOSEPH SHANEYFELT
                                                              Assistant Attorney General

                                                              OFFICE OF THE ATTORNEY GENERAL
                                                              P.O. Box 12548 (MC-009)
                                                              Austin, Texas 78711-2548
                                                              Tel.: (512) 936-1414
                                                              Fax: (512) 936-0545
                                                              patrick.sweeten@oag.texas.gov
                                                              todd.disher@oag.texas.gov
                                                              will.thompson@oag.texas.gov
                                                              eric.hudson@oag.texas.gov
                                                              kathleen.hunker@oag.texas.gov
                                                              dylan.french@oag.texas.gov

                                                              **COUNSEL FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 27, 2020, and that all counsel of record were served by CM/ECF.

                                                              /s/ Patrick K. Sweeten
                                                              PATRICK K. SWEETEN