# United States Court of Appeals
# for the Fifth Circuit

No. 20-50907

FILED
OCT 28 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

MI FAMILIA VOTA; TEXAS STATE CONFERENCE OF THE NAACP; GUADALUPE TORRES,

*Plaintiffs—Appellees,*

versus

GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS; RUTH HUGHS, TEXAS SECRETARY OF STATE,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:20-CV-830-JKP

Before OWEN, *Chief Judge*, and DAVIS, and SOUTHWICK, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellants' opposed motion for stay pending appeal is STAYED until further order of this court.

IT IS FURTHER ORDERED that Appellants' opposed motion for temporary administrative stay while the court considers the motion for stay pending appeal is GRANTED.