FILED
OCT 28 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 28, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

  No. 20-50907   Mi Familia Vota, et al v. Greg Abbott, Governor, et al
                 USDC No. 5:20-CV-830-JKP

Enclosed is an order entered in this case.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Jann M. Wynne, Deputy Clerk
                                    504-310-7688

Ms. Jeannette Clack, Clerk
Mr. Jonathan S. Abady
Mr. Evan J. Ballan
Mr. Matthew Brinckerhoff
Mr. Ben Clements
Mr. Todd Lawrence Disher
Mr. Kyle Douglas Hawkins
Mr. Eric Alan Hudson
Mr. Sean M. Lyons
Mr. Patrick K. Sweeten
Mrs. Natalie Deyo Thompson
Mr. William Thomas Thompson