UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**MI FAMILIA VOTA, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, MICAELA RODRIGUEZ and GUADALUPE TORRES**

*Plaintiffs*

No. SA-20-CV-00830-JKP

**v.**

**GREG ABBOTT, Governor of Texas;
RUTH HUGHS, Texas Secretary of State,**

*Defendants*

### ORDER

A status conference is hereby scheduled for **Tuesday, November 10, 2020, at 10:30 AM** by Zoom video conference. All counsel shall appear and no more than two representative counsel for Plaintiffs and for Defendants shall be prepared to discuss the current status of this cause and its viability going forward.

It is so ORDERED.
SIGNED this 6th day of November, 2020.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE