UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**MI FAMILIA VOTA, TEXAS STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, MICAELA RODRIGUEZ and GUADALUPE TORRES**

*Plaintiffs*                                                                No. SA-20-CV-00830-JKP

v.

**GREG ABBOTT, Governor of Texas; RUTH HUGHS, Texas Secretary of State,**

*Defendants*

## ORDER

This matter came before the Court at a status hearing on November 10, 2020. At this hearing, the parties agreed the matter before this Court is now moot. The parties agreed to inform the Court whether Plaintiffs would file a voluntary dismissal or whether Defendants would seek review in the appellate court, or both. To date the Court has not been informed of either party's intention on how this matter should be disposed.

Accordingly, on or before November 25, 2020, the parties shall file an advisory with this Court regarding their intentions of how to proceed with this matter or how this Court shall dispose of this matter now that it is moot.

It is so ORDERED.
SIGNED this 23rd day of November, 2020.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE